NO. 07-02-0286-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

SEPTEMBER 5, 2002

_____

MICHAEL VILLAFANO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 260TH DISTRICT COURT OF ORANGE COUNTY;

NO. D-020,036-R; HONORABLE BUDDIE J. HAHN, JUDGE

_____

Before QUINN and REAVIS and JOHNSON, JJ.

Appellant Michael Villafano filed a Motion to Dismiss Appeal on August 7, 2002, averring that he no longer wishes to prosecute his appeal. The Motion to Dismiss is signed by both appellant and his attorney.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed

the appeal at appellant's personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Phil Johnson
Justice


Do not publish.